[Cite as *Kidd v. Wilmington*, 2025-Ohio-2886.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| QUINTIN KOGER KIDD | Case Nos. 2025-00620PQ, 2025-00621PQ, 2025-00622PQ, 2025-00623PQ, 2025-00624PQ, 2025-00625PQ, 2025-00626PQ, 2025-00627PQ, and 2025-00628PQ |
| Requester | |
| v. | |
| CITY OF WILMINGTON | Special Master Todd Marti |
| Respondent | <u>JUDGMENT ENTRY</u> |

{¶1} The special master has issued a recommendation to dismiss these consolidated public-records cases. He recommends dismissal because the cases are duplicative of Case No. 2025-00619PQ before this court.

{¶2} R.C. 2743.75(D)(2) gives the court discretion to dismiss cases that would interfere with the efficient and expeditious resolution of public records disputes. Cases that are duplicative of other pending public records cases can have that effect. *Schaffer v. Sheets*, 2025-Ohio-1007, ¶¶ 23, 25, adopted March 21, 2025 (Ct. of Cl. Case No. 2024-00808PQ); *Rosiere v. United States*, 650 F.App'x 593, 596 (10th Cir. 2016). Further, the general principle that the "law will not permit a defendant to be harassed by two actions or to be vexed twice for the same cause" strongly supports dismissal of duplicative cases. *State ex rel. Miller v. Court of Common Pleas*, 151 Ohio St. 397, 400 (1949) (internal punctuation omitted). These nine consolidated cases are identical in all relevant respects to Case No. 2025-00619PQ. and hence are duplicative of that case. The consolidated cases should therefore be dismissed

{¶3} Pursuant to R.C. 2743.75(D)(2), "[n]otwithstanding any provision to the contrary in [R.C. 2743.75], upon the recommendation of the special master, the court of claims on its own motion may dismiss the complaint at any time." Upon review, the court finds that the special master's recommendation for dismissal is well taken. Accordingly, pursuant to R.C. 2743.75(D)(2), upon the special master's recommendation, the court

sua sponte dismisses the complaints in these consolidated cases without prejudice. Court costs are assessed against requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed July 9, 2025**
**Sent to S.C. Reporter 8/14/25**